IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARCO MIGUEL ROBERTSON,

    Plaintiff,

    v.

DOC of MD., COMMISSIONER,

    Defendant.

NO. 3:14-CV-00309

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

### ORDER

**NOW**, this 2nd day of September, 2016, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 14) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 14) is **ADOPTED in its entirety**.

(2) Defendant's Motion to Transfer (Doc. 12) is **GRANTED**.

(3) The Clerk of Court is directed to transfer the case to the United States District Court for the District of Maryland.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge